1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11    EARNEST S. HARRIS,                          Case No.  15-cv-01117-JST

                  Plaintiff,
12
                                                  **ORDER DISMISSING ACTION WITH**
13          v.                                    **PREJUDICE**

14    HARMAN, et al.,                             Re: Dkt. No. 31

                  Defendants.
15

16

17          Plaintiff, a state prisoner at California State Prison–Corcoran, filed the instant pro se civil

18    rights action pursuant to 42 U.S.C. § 1983 alleging constitutional violations by staff at Pelican Bay

19    State Prison ("PBSP"), where he was previously incarcerated.  On July 14, 2015, the Court found

20    the complaint, liberally construed, stated claims for excessive force and retaliation and ordered

21    service on correctional officers Harman and Gomez at PBSP.

22          On February 11, 2016, the Court received a copy of a "Stipulated Voluntary Dismissal

23    with Prejudice" pursuant to Fed. R. Civ. P. 41(a)(1) signed by both plaintiff and counsel for

24    defendants.  The signed stipulation states:

25                  Plaintiff Earnest Harris and Defendants Gomez and Harman
                    stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that
26                  the above entitled action shall be voluntarily dismissed with
                    prejudice.  Each party shall bear its own litigation costs and
27                  attorney's fees.

28    (Dkt. No. 31.)

United States District Court
Northern District of California

1    Accordingly, having been notified of the settlement,

2    IT IS HEREBY ORDERED THAT this action and all claims asserted herein against

3  defendants are DISMISSED WITH PREJUDICE.  The Court will retain jurisdiction to enforce the

4  parties' settlement.

5    The Clerk is directed to correct the spelling of the name of defendant Harman on the court

6  docket by substituting "Harman" for "Herman."

7    IT IS SO ORDERED.

8  Dated:  February 16, 2016

9                                                          _____

10                                                                   JON S. TIGAR
                                                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2